AO279,CASREF,TERMED,WEISMAN

# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:26–cv–03929

| | |
|---|---|
| Key Patent Innovations Limited et al v. Netrality Properties, LP | Date Filed: 04/08/2026 |
| Assigned to: Honorable John J. Tharp, Jr | Date Terminated: 08/07/2026 |
| Referred to: Honorable M. David Weisman | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Key Patent Innovations Limited**       represented by   **Matthew Berkowitz**
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway
Suite 300
Redwood Shores, CA 94065
650–623–1401
Fax: 650–560–3501
Email: mberkowitz@reichmanjorgensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connor Houghton**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW
Suite 800
Washington, DC 20006
(202) 894–7315
Fax: Not a member
Email: choughton@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Patrick Colsher**
Reichman Jorgensen Lehman & Feldberg LLP
650 Fifth Ave
Suite 2320
10019
New York, NY 10017
650–623–1423
Email: pcolsher@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Sean Michael McCarthy**
Reichman, Jorgensen, Lehman, & Feldberg LLP
Intellectual Property
650 Fifth Avenue
Suite 2320
New York, NY 10019
650–623–5077
Fax: Not a member
Email: smccarthy@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valtrus Innovations Limited**                  represented by    **Connor Houghton**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Patrick Colsher**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Sean Michael McCarthy**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Matthew Berkowitz**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Netrality Properties, LP**                     represented by    **Timothy P. Maloney**
                                                                   Nixon Peabody LLP
                                                                   70 West Madison
                                                                   Suite 5200
                                                                   Chicago, IL 60602
                                                                   312−977−4400
                                                                   Email: tmaloney@nixonpeabody.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Daniel Joel Schwartz**
                                                                   Nixon Peabody LLP
                                                                   70 West Madison Street
                                                                   Suite 5200
                                                                   Chicago, IL 60602−4378
                                                                   312−977−4400
                                                                   Fax: Not a member
                                                                   Email: djschwartz@nixonpeabody.com
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2026 | Ï 1 | COMPLAINT filed by Key Patent Innovations Limited, Valtrus Innovations Limited; Jury Demand. Filing fee $ 405, receipt number AILNDC−24956426. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 2 | CIVIL Cover Sheet (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 3 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/08/2026) |

| 04/08/2026 | Ï 4 | Notice of Claims by Key Patent Innovations Limited, Valtrus Innovations Limited (Berkowitz, Matthew) (Entered: 04/08/2026) |
|---|---|---|
| 04/08/2026 | Ï 5 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Matthew Berkowitz (Berkowitz, Matthew) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 6 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Patrick Colsher (Colsher, Patrick) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 7 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Connor Houghton (Houghton, Connor) (Entered: 04/08/2026) |
| 04/08/2026 | Ï 8 | ATTORNEY Appearance for Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited by Sean Michael McCarthy (McCarthy, Sean) (Entered: 04/08/2026) |
| 04/09/2026 | Ï | CASE ASSIGNED to the Honorable John J. Tharp, Jr. Designated as Magistrate Judge the Honorable M. David Weisman. Case assignment: Random assignment. (Civil Category 1). (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (cvk, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 9 | MAILED patent report to Patent Trademark Office, Alexandria VA. (vkm, ) (Entered: 04/09/2026) |
| 04/09/2026 | Ï 12 | SUMMONS Issued (Court Participant) as to Defendant Netrality Properties, LP (axm, ) (Entered: 04/09/2026) |
| 04/17/2026 | Ï 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Key Patent Innovations Limited, Valtrus Innovations Limited *Amended* (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/17/2026 | Ï 14 | SUMMONS Returned Executed by Key Patent Innovations Limited, Valtrus Innovations Limited as to Netrality Properties, LP on 4/10/2026, answer due 5/1/2026. (Berkowitz, Matthew) (Entered: 04/17/2026) |
| 04/30/2026 | Ï 15 | ATTORNEY Appearance for Defendant Netrality Properties, LP by Timothy P. Maloney (Maloney, Timothy) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 16 | ATTORNEY Appearance for Defendant Netrality Properties, LP by Daniel Joel Schwartz (Schwartz, Daniel) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 17 | MOTION by Defendant Netrality Properties, LP for extension of time to file answer regarding complaint, 1  (Schwartz, Daniel) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 19 | MOTION by Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited for transfer of actions and consolidation pursuant to 28 U.S.C. 1407 (Received by mail in the Clerk's Office on 4/30/26) (Received for docketing on 5/29/26). (bi,) (Entered: 05/29/2026) |
| 05/04/2026 | Ï 18 | MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion for an extension of time to answer or otherwise plead through 6/15/2026 17 is granted. Mailed notice (ber, ) (Entered: 05/04/2026) |

| 06/15/2026 | 20 | MOTION by Defendant Netrality Properties, LP for extension of time to file answer regarding complaint, 1 <br><br> (Schwartz, Daniel) (Entered: 06/15/2026) |
|---|---|---|
| 06/16/2026 | 21 | MINUTE entry before the Honorable John J. Tharp, Jr: The motion for an extension of time to answer or otherwise plead 20 is granted. The new deadline to do so is 6/22/2026. Mailed notice (ber, ) (Entered: 06/16/2026) |
| 06/22/2026 | 22 | MOTION by Defendant Netrality Properties, LP for extension of time to file answer regarding complaint, 1 <br><br> (Schwartz, Daniel) (Entered: 06/22/2026) |
| 06/23/2026 | 23 | MINUTE entry before the Honorable John J. Tharp, Jr: The motion for an extension of time to answer or otherwise respond 22 is granted. The new deadline to do so is 6/29/2026. Mailed notice (ber, ) (Entered: 06/23/2026) |
| 06/29/2026 | 24 | ANSWER to Complaint with Jury Demand by Netrality Properties, LP(Schwartz, Daniel) (Entered: 06/29/2026) |
| 06/30/2026 | 25 | MINUTE entry before the Honorable John J. Tharp, Jr: The parties are directed to review the procedures for initial status reports, located at [https://www.ilnd.uscourts.gov/judge_display.php?LastName=Tharp+Jr.], and to submit an initial status report by 7/13/2026. The report must include all information in the relevant template, including a proposed case management schedule reflecting any disputes between the parties as to the proposed schedule. Status reports missing required information will be stricken. Mailed notice (ber, ) (Entered: 06/30/2026) |
| 07/10/2026 | 26 | STATUS Report by Key Patent Innovations Limited, Valtrus Innovations Limited <br><br> (Berkowitz, Matthew) (Entered: 07/10/2026) |
| 07/20/2026 | 27 | MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the parties' joint status report 26 , the Court adopts the parties' proposed case management schedule. The matter is referred to the assigned magistrate judge for all further discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders are included within this referral. Mailed notice (ber, ) (Entered: 07/20/2026) |
| 07/20/2026 | 28 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: all further discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders are included within this referral. (ber, ) Mailed notice. (Entered: 07/20/2026) |
| 07/21/2026 | 29 | MOTION by Defendant Netrality Properties, LP for judgment on the pleadings <br><br> Presented before District Judge <br><br> (Attachments: # 1 Declaration of Joshua Maes)(Schwartz, Daniel) (Entered: 07/21/2026) |
| 07/22/2026 | 30 | MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purpose of holding proceedings related to all further discovery scheduling and supervision, including protective orders and confidentiality orders, as well as any settlement conference the parties may jointly seek. The district court has adopted the case management schedule proposed by the parties as set forth in Dkt. # 26, Ex. 1, at Page 8 of 10, which includes the exchange of initial disclosures by 8/20/26 and an initial fact discovery close date of 4/8/27. Status |

| | | |
|---|---|---|
| | | hearing set for 9/10/26 at 1:15 p.m. Joint status report due by noon on 9/9/26 setting forth proposed interim discovery dates and any other issues the parties wish to raise with the Court. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, ) (Entered: 07/22/2026) |
| 07/27/2026 | Ï 31 | MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion for judgment on the pleadings 29 is taken under advisement. Response due 8/13/2026; reply due 8/27/2026. Mailed notice (ber, ) (Entered: 07/27/2026) |
| 07/29/2026 | Ï 32 | MOTION by Plaintiffs Key Patent Innovations Limited, Valtrus Innovations Limited for extension of time to file response/reply as to motion for judgment on the pleadings 29 – *UNOPPOSED*<br><br>Presented before District Judge<br><br>(Berkowitz, Matthew) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 33 | MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion 32 for an extension of time to respond to the motion for judgment on the pleadings is granted. The new deadline is 8/27/2026. Reply due 9/10/2026. Mailed notice (ber, ) (Entered: 07/29/2026) |
| 08/04/2026 | Ï 34 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Netrality Properties, LP (Schwartz, Daniel) (Entered: 08/04/2026) |
| 08/07/2026 | Ï 35 | TRANSFER ORDER from MDL Panel transferring case to Eastern District of Texas. (ph, ) (Entered: 08/07/2026) |
| 08/07/2026 | Ï | ***Civil Case Terminated pursuant to MDL 3190 Transfer Order filed 8/7/2026. (ph, ) (Entered: 08/07/2026) |
| 08/07/2026 | Ï 36 | TRANSFERRED to the Eastern District of Texas the electronic record. (ph, ) (Entered: 08/07/2026) |